UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PORT OF VANCOUVER, USA,<br><br>    Plaintiff,<br><br>  v.<br><br>BNSF RAILWAY COMPANY,<br><br>    Defendant. | CASE NO. 3:23-cv-05109<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: The parties filed their Stipulated Motion For Entry of Order Granting Petition to Confirm Arbitration Awards to enter BNSF's proposed order at Dkt. No 12-1. Dkt. No. 17. The parties did not attach a copy of their proposed order to their stipulated motion. *See* Dkt. No. 17; *see also* LCR 1(c)(7). The parties are directed to provide a stipulated proposed order and judgment to whiteheadorders@wawd.uscourts.gov.

Dated this 31st day of May 2023.

MINUTE ORDER - 1

|   |   |
|---|---|
| 1 | <u>Ravi Subramanian</u> |
| 2 | Clerk |
| 3 | <u>*/s/ Serge Bodnarchuk*</u> |
|   | Deputy Clerk |

MINUTE ORDER - 2