THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| PORT OF VANCOUVER, USA,<br><br>    Petitioner,<br><br> v.<br><br>BNSF RAILWAY COMPANY,<br><br>    Respondent. | Case No. 3:23-cv-05109-JNW<br><br>STIPULATED ORDER AND JUDGMENT CONFIRMING ARBITRATION AWARDS |

  This matter comes before the court on Petitioner Port of Vancouver, USA's ("Port") Petition to Confirm Arbitration Awards ("Petition"). The Court has carefully reviewed the Petition and supporting declaration and exhibits, Respondent BNSF Railway Company's Response to the Port's Petition and supporting declaration and exhibits, the Stipulated Motion for Entry of Order Granting Petition to Confirm Arbitration Awards (Dkt. #17) and any other relevant pleadings and paper. The parties further stipulate to entry of this Order and Judgment.

  The redacted Partial Final Award attached hereto as Exhibit 1, and the redacted Final Arbitration Award, attached as Exhibit 2, were properly issued by the duly appointed arbitrators following arbitration proceedings. The referenced Partial Final Award and Final

STIPULATED ORDER AND JUDGMENT
CONFIRMING ARBITRATION AWARDS - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711

Award have not been modified, corrected, or vacated since entry.

Accordingly, it is **ORDERED, ADJUDGED, AND DECREED** that the Court enters Judgment in accordance with the Award as follows:

1. The redacted Partial Final Award and redacted Final Award are confirmed in their entirety.

2. The parties will bear their own costs and fees incurred in connection with this proceeding.

DATED this 7th day of June, 2023.

_____
Jamal N. Whitehead
United States District Judge

IT IS SO STIPULATED:

SCHWABE, WILLIAMSON & WYATT, P.C.

By: _s/ Noah Jarrett_____
    Noah Jarrett, WSBA #31117
    *Attorneys for Petitioner, Port of Vancouver USA*

STEPTOE & JOHNSON LLP

By: *s/ Molly B. Fox*_____
Steven K. Davidson (*pro hac vice*)
    Molly B. Fox (*pro hac vice*)
    *Attorneys for Respondent BNSF Railway Company*

PACIFICA LAW GROUP LLP

By: _s/ Kai A. Smith_____
    Kai A. Smith, WSBA #54749
*Attorneys for Respondent, BNSF Railway Company*

STIPULATED ORDER AND JUDGMENT
CONFIRMING ARBITRATION AWARDS - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711